# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : CHAPTER 11 |
| CARRIAGE HOUSE CONDOMINIUMS, L.P. | : |
| 23S23 CONSTRUCTION, INC., | : BANKRUPTCY NO. 09-12647 SR |
| DEBTORS | : JOINTLY ADMINISTERED |
| NATIONAL GLASS AND METAL COMPANY, INC., | : |
| D'ANDREA BROTHERS CONCRETE COMPANY, INC., | : |
| B.V.F. CONSTRUCTION CO., INC., AND | : |
| HUNTER ROBERTS CONSTRUCTION GROUP, INC. | : |
| PLAINTIFFS | : |
| V. | : |
| AMALGAMATED BANK, 23S23 CONSTRUCTION INC., | : |
| CARRIAGE HOUSE CONDOMINIUMS L.P., | : |
| CARRIAGE HOUSE CONDOMINIUMS GP, L.P., | : |
| TURCHI, INC., AND JOHN J. TURCHI, JR., | : |
| DEFENDANTS | : |
| AND | : |
| 23S23 CONSTRUCTION INC., | : |
| CARRIAGE HOUSE CONDOMINIUMS L.P., | : |
| THIRD PARTY PLAINTIFFS | : |
| VS. | : |
| HUNTER ROBERTS CONSTRUCTION GROUP, LLC | : |
| THIRD PARTY DEFENDANT | : ADVS. NO. 09-120 |

## ORDER

**AND NOW**, upon consideration of the Motion of Plaintiff, B.V.F. Construction Co., Inc., for Leave to Amend Second Amended Complaint to Join Amalgamated Bank, as Trustee of Longview Ultra J. Construction Loan Investment Fund and Amalgamated Bank as Additional Defendants, and after a hearing with notice, is is hereby **ORDERED** that the Motion is **DENIED**.

By the Court:

*Stephen Raslavich*

Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: February 4, 2010

George Pallas, Esquire
Cohen, Seglias, Pallas, Greenhall & Furm
19th Floor - United Plaza
30 South 17th Street
Philadelphia, PA 19103

John F. Barrett, Esquire
Bennett, Bricklikn & Saltzberg, LLP
1601 Market Street - 16th Floor
Philadelphia PA 19103

Robert Nemeroff, Esquire
Friedman, Schuman, P.C.
101 Greenwood Ave - 5th Floor
Jenkintown PA 19046

George E. Rahn, Jr., Esquire
Saul Ewing LLP
1500 Market Street - 38th Floor
Philadelphia PA 19102

Wendy D. Testa, Esquire
Independence Square West
The Curtis Center
Suite 1130 East
Philadelphia PA 19106-3308

Leslie Beth Baskin, Esquire
Spector Gadon & Rosen
1635 Market Street
Seven Penn Center  - 7th Floor
Philadelphia PA 19103

Adam H. Isenberg, Esquire
Saul Ewing LLP
1500 Market Street - 38th Floor
Philadelphia PA 19102