IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| CARRIAGE HOUSE CONDOMINIUMS, L.P. | : | BANKRUPTCY NO. 09-12647 SR |
| | : | |
| 23S23 CONSTRUCTION, INC., | : | CHAPTER 7 |
| | : | |
| DEBTORS. | : | BANKRUPTCY NO. 09-12652  SR |

| | | |
|---|---|---|
| NATIONAL GLASS AND METAL COMPANY, INC., | : | |
| | : | |
| PLAINTIFF, | : | |
| VS. | : | |
| | : | |
| 23S23 CONSTRUCTION, INC. | : | |
| CARRIAGE HOUSE CONDOMINIUMS L.P., | : | |
| CARRIAGE HOUSE CONDOMIUMS G.P., INC., | : | |
| TURCHI, INC., JOHN J. TURCHI, JR., AND | : | |
| AMALGAMATED BANK, | : | |
| | : | |
| DEFENDANTS, | : | ADV. NO. 09-00120 |
| VS. | : | |
| | : | |
| HUNTER ROBERTS CONSTRUCTION GROUP, INC. | : | |
| | : | |
| THIRD PARTY DEFENDANT. | : | |

| | | |
|---|---|---|
| D'ANDREA BROTHERS CONCRETE COMPANY, INC., | : | |
| | : | |
| PLAINTIFF, | : | |
| VS. | : | |
| | : | |
| 23S23 CONSTRUCTION, INC., | : | |
| CARRIAGE HOUSE CONDOMINIUMS L.P., | : | |
| TURCHI, INC., AND JOHN J. TURCHI, JR., | : | |
| | : | |
| DEFENDANTS, | : | |
| | : | |
| VS. | : | |
| | : | |
| HUNTER ROBERTS CONSTRUCTION GROUP, INC., | : | |

|  |  |
|---|---|
|  | : |
| THIRD PARTY DEFENDANT. | : |
|  | : |
|  | : |
|  | : |
| BVF CONSTRUCTION CO, INC., | : |
|  | : |
| PLAINTIFF, | : |
| vs. | : |
|  | : |
| TURCHI, INC., JOHN J. TURCHI, JR., WALNUT CONSTRUCTION CO., WALNUT STREET, 1930-34 ASSOCIATES, L.P. 1930-34 CORP., 23S23 CONSTRUCTION, INC., AND CARRIAGE HOUSE CONDOMINIUMS, L.P., | : |
|  | : |
| DEFENDANTS, | : |
| vs. | : |
|  | : |
| HUNTER ROBERTS CONSTRUCTION GROUP, INC. | : |
|  | : |
| THIRD PARTY DEFENDANT. | : |
|  | : |
| 23S23 CONSTRUCTION, INC., AND CARRIAGE HOUSE CONDOMINIUMS G.P., INC. t/a CARRIAGE HOUSE CONDOMINIUMS, L.P., | : |
|  | : |
| PLAINTIFFS, | : |
| vs. | : |
|  | : |
| HUNTER ROBERTS CONSTRUCTION GROUP, LLC., | : |
|  | : |
| DEFENDANT. | : |

# ORDER

Upon consideration of Defendants' Motion for Reconsideration of Order Denying Defendants' Motion to Dismiss Third Amended Complaint of Plaintiff B.V.F. Construction Co., Inc. (Motion for Reconsideration), the answer thereto of plaintiff B.V.F. Construction Co., Inc., and after a hearing with notice, it is hereby **ORDERED** that:

1. The Motion for Reconsideration is denied except as to Count X as against Turchi, Inc..

2. Count X of the Third Amended Complaint is dismissed as against Turchi, Inc., but not as against John J. Turchi, Jr.

3. Except for the claims in the action which 23S23 Construction, Inc. and Carriage House Condominiums, G.P., Inc. t/a Carriage House Condominiums, L.P. commenced against Hunter Roberts Construction Group, LLC, in the Court of Common Pleas, Philadelphia County, May 2008, No. 00367, the claims in the above-captioned adversary proceeding are hereby remanded to the Court of Common Pleas of Philadelphia County.[1]

---

[1] The claims which are remanded are all of the currently existing claims in the lawsuits filed by: (i) National Glass and Metal Co., Inc., November Term, 2007, No. 002696, (ii) D'Andrea Brothers Concrete Company, Inc., April Term, 2007, No. 000644; and (iii) B.V.F. Construction Co, Inc., October Term, 2007, No. 2084.

3

  4. Gary F. Seitz who is the Chapter 7 Trustee in the bankruptcy case of 23S23 Construction, Inc. (Bankruptcy Case No. 09-12652) shall appear for a Show Cause Hearing on July 21, 2011, at 10:30 a.m., Courtroom 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107, to report to the Court on the status of the aforementioned bankruptcy case.  A separate Show Cause Order to this effect shall also be issued in Bankruptcy Case No. 09-12652.

      By the Court:

      _____
      Stephen Raslavich
      Chief United States Bankruptcy Judge


Dated: June 22, 2011

Counsel for National Glass and Metal Company, Inc.
Steven D. Usdin, Esquire
Robert G. Ruggieri, Esquire
30 S. 17th Street, 19th Floor
Philadelphia, PA 19103

Counsel for D'Andrea Brothers Concrete Company, Inc.
John F. Barrett, Esquire
Bennett, Bricklin & Saltzberg, LLP
1601 Market Street
16th Floor
Philadelphia, PA 19103

Counsel for B.V.F. Construction Co., Inc.
Robert Nemeroff, Esquire
Friedman Schuman, PC
101 Greenwood Avenue
5th Floor
Jenkintown, PA 19046

Counsel for Carriage House Condominiums, L.P.
Daniel J. Dugan, Esquire
Spector Gadon & Rosen, P.C.
1635 Market Street
7th. Floor
Philadelphia, PA 19103-3913

Chapter 7 Trustee for 23S23 Construction, Inc.
Gary F Seitz, Esquire
Rawle & Henderson LLP
The Widener Building
One South Penn Square
17th Floor
Philadelphia, PA 19107

Counsel for Hunter Roberts Construction Group, Inc.
George E. Rahn, Jr., Esquire
Saul Ewing LLP
1500 Market Street
38th Floor
Philadelphia, PA 19102

United States Trustee
George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106

Nancy Mulvehill, Courtroom Deputy to Judge Raslavich